## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

Sunlust Pictures, LLC
      Plaintiff

CASE NO.:
    1:12cv1271
    3:12cv816
    1:12cv1270

    2:12cv602
    1:12cv1281
    1:12cv1280

    2:12cv603
    2:12cv604
    1:12cv1279
    1:12cv1278
    1:12cv1277

    2:12cv605

v.

John Doe

    Defendant.

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint against John Doe. John Doe has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. The Plaintiff further releases any witness from deposition subpoenas they may have received and any witness is not required to appear for depositions at this time.

Respectfully submitted,

Sunlust Pictures, LLC

**DATED:** December 14, 2012

By: /s/ Timothy V. Anderson
TIMOTHY V. ANDERSON (VSB 43803)
Anderson and Associates, PC
2492 N. Landing Road, Suite 104
Virginia Beach, VA 23456
Telephone: (757) 301-3036
Facsimile: (757) 301-3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff*

CERTIFICATE OF MAILING

I certify that a copy of the notice was mailed to the registered IP user known to the Plaintiff this 13th day of December 2012.

/s/ Timothy V. Anderson
TIMOTHY V. ANDERSON (VSB 43803)
Anderson and Associates, PC
2492 N. Landing Road, Suite 104
Virginia Beach, VA 23456
Telephone: (757) 301-3036
Facsimile: (757) 301-3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff*